UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ROCHELLE M. JONES, et al.,

                              Plaintiffs,

                                                          Case # 16-CV-234-FPG

v.

                                                          DECISION AND ORDER

CRISIS SERVICES OF ERIE COUNTY, et al.,

                              Defendants.

On September 27, 2019, Plaintiffs filed a motion to amend the complaint. ECF No. 103. On December 12, 2019, United States Magistrate Judge Hugh B. Scott issued a Report & Recommendation ("R&R") recommending that the motion be denied. Plaintiffs did not file any objection to the R&R.

In reviewing a Report and Recommendation, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Since no objections were filed, this Court is not required to conduct a *de novo* review of the R&R. *See Huang v. J & A Ent. Inc.*, No. 09-CV-5587, at *1 (E.D.N.Y. Jan. 16, 2013) (collecting cases). Furthermore, having reviewed the record and the R&R, the Court has not identified any plain error requiring correction. *See id.*

Accordingly, the R&R (ECF No. 107) is ADOPTED in full and Plaintiffs' motion to amend (ECF No. 103) is DENIED for the reasons stated therein.

IT IS SO ORDERED.

Dated: January 24, 2020
       Rochester, New York

                                                     HON. FRANK P. GERACI, JR.
                                                     Chief Judge
                                                     United States District Court