ARIEL BAUERLE
ATTORNEY

DIRECT LINE: 716.932.6616
DIRECT FAX: 716.932.6716
ABAUERLE@HOGANWILLIG.COM



MAIN OFFICE:
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
PHONE: 716.636.7600 | TOLL FREE: 800.636.5255 | FAX: 716.636.7606

WWW.HOGANWILLIG.COM
SERVICE BY FAX AND EMAIL NOT ACCEPTED

ADDITIONAL OFFICES:
155 SUMMER STREET
BUFFALO, NY 14222

6133 ROUTE 219 S
SUITE 1005
ELLICOTTVILLE, NY 14731

43 CENTRAL AVENUE
LANCASTER, NY 14086

770 DAVISON ROAD
LOCKPORT, NY 14094

October 22, 2021

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, NY 14614

      *Re:    Rochelle M. Jones, et al v. Crisis Services of Erie County, et al*
             *Case No. 16-CV-234-FPG*

Dear Judge Payson:

    I am writing to provide a status update regarding the scheduling of depositions in the above-referenced action. We have confirmed the deposition of Julian Harris to take place on November 1, 2021 at 1:00 pm and our office has scheduled the court reporter. We have confirmed the deposition of Sherry W. to take place on November 2, 2021 at 10:00 am and our office has scheduled the court reporter.

    We have suggested the remaining depositions be scheduled as follows:

Dr. Ricardo Romero on November 30 at 9:00 am
Dr. Woo Hoon Park on November 30 at 1:00 pm
Dr. Dr. Alfonso Tan on December 2 at 9:00 am
Officer Michael Divito on December 2 at 1:00 pm
Officer John Kaska on December 15 at 9:00 am
Officer Salvatore Polizzi on December 15 at 1:00 pm

    We are waiting for confirmation of availability of the attorneys and witnesses. Once the attorneys confirm their availability, our office will issue subpoenas for the depositions of the non-parties.

                                     Respectfully,

                                     Ariel A. Bauerle, Esq.

AAB/sms

PERSONAL INJURY & MALPRACTICE | MATRIMONIAL & FAMILY LAW | LITIGATION | CORPORATE & BUSINESS LAW | CRIMINAL DEFENSE | REAL ESTATE LAW
ESTATE PLANNING, WILLS & TRUSTS | ESTATES | ELDER LAW | GUARDIANSHIPS | BANKRUPTCY & DEBT RELIEF | VEHICLE & TRAFFIC LAW | SOCIAL SECURITY DISABILITY

{H3186330.1}

Cc: Melinda R. Coolidge, Esq.
Robert Quinn, Esq.
Michael E. Appelbaum, Esq.